**No. 51355.**—Protests 120691–K, etc., of Schenley Distilleries, Inc. (Indianapolis).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of glass containers the same in all material respects as those the subject of Abstract 50935. In accordance therewith the claim of the plaintiff was sustained.